Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re: NorVergence, Inc.
Debtor

Case No.: 04−32079−RG
Chapter 7

A Child's World Developmental Center
Plaintiff

v.

IFC Credit Corp.
Defendant

Adv. Proc. No. 04−02967−RG

Judge: Rosemary Gambardella

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on April 25, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 73 − 71
Omnibus Order Approving Stipulation. (related document:71 Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/25/2018 (slm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 25, 2018
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

A Child’s World Developmental Cente,
Plaintiff Adv. Proc. No. 04-02967-RG

IFC Credit Corp.,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 7 Date Rcvd: Apr 25, 2018
Form ID: orderntc Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2018.

aty +Beth Anne Osborn, 8700 Waukegan Rd., Ste. 100, Morton Grove, IL 60053-2104
aty +Charles N. Panzer, The Panzer Law Firm, LLC, P.O. Box 362, 341 Redmond Road, South Orange, NJ 07079-1504
aty +Drinker, Biddle & Reath, Drinker, Biddle & Reath, LLP, 500 Campus Dr., Florham Park, NJ 07932-1024
aty +Robert D. Greenbaum & Associates, LLC, 123 S. Broad Street, 28th Fl., Philadelphia, PA 19109-1029
aty Steven D. Karlin, 150 East 52nd St., New York, NY 10022-6017
pla +1st Step Financial Services, Inc., 1300 Mercantile Lane, Suite 100K, Largo, MD 20774-5390
pla +Beaver Insurance Agency, LLC, 3500 E. Lincoln Highway, Thorndale, PA 19372-1005
pla +Bond & Company, 10 Sauagtuck Avenue, Westport, CT 06880-5720
pla +Deepwood Veterinary Clinic, Inc., 7300 Ordway Road, Centreville, VA 20121-2729
pla +Eric Cope, 581 Route 94, Newton, NJ 07860-5021
pla +Jonathan Harris, 1300 Mercantile Lane, Suite 100K, Largo, MD 20774-5390
dft +NorVergence, Inc., 550 Broad Street, 12th Floor, Newark, NJ 07102-4531
pla +Norther California Angler Publications, Inc., 730 Lupine Way, Winters, CA 95694-1655
pla +Richard Bond, 227 Old Norwalk Road, New Canaan, CT 06840-6427
pla ++++SUSSEX COUNTY RENTAL CENTER, 188 MAIN ST, BYRAM TOWNSHIP NJ 07821-4519
(address filed with court: Sussex County Rental Center, 188 Route 206, Andover, NJ 07821)
pla +South Central Distributors, 213 E. Main Street, Westminster, MD 21157-6455
pla +Space Wild Animal Farm, 218 Rt. 519, Sussex, NJ 07461-2800
pla +Technical Solutions, Inc., 1817 Golden Mile Highway, Pittsburgh, PA 15239-2827
pla +Thomas E. Campbell, 5003 Clydesdale Ct., Murrysville, PA 15668-1512
pla +Valley Forge Baptist Temple, 616 S. Trappe Road, Collegeville, PA 19426-2835
pla Winnifred A. Bonslett, 1035 E. Stockton Blvd., Elk Grove, CA 95624
pla +Wonda Mouser, 7300 Ordway Road, Centreville, VA 20121-2729
pla +c/o Charles Schweige Creative Signs, 1515 Columbia Circle, Merrimack, NH 03054-4164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd 1360, Inc.
pla 1360, Inc.
pla A Child’s World Developmental Center
cd A Child’s World Developmental Center
cd AKW Management, Inc.
pla AKW Management, Inc.
pla Aaron Klein
cd Aaron Klein
cd Active Wave, Inc.
pla Active Wave, Inc.
cd Aeronautical Systems Engineering
pla Aeronautical Systems Engineering
pla All-Lines Insurance Agency
cd All-Lines Insurance Agency
cd American Resource Management, Inc.
pla American Resource Management, Inc.
pla Amjad Javaid
cd Amjad Javaid
pla Amy L. Levak
cd Amy L. Levak
pla Apartment Rental Experts, Inc.
cd Apartment Rental Experts, Inc.
pla Arbor International Inc.
cd Arbor International Inc.
pla Audio Den, Ltd.
cd Audio Den, Ltd.
pla Auto Trim Design of Suncoast, Inc.
cd Auto Trim Design of Suncoast, Inc.
pla Avrom Fox
cd Avrom Fox
pla Barrington Partners, LLC
cd Barrington Partners, LLC
cd Beaver Insurance Agency, LLC
pla Beaver Insurance Agency, LLC
pla Ben’s Auto Repair
cd Ben’s Auto Repair
pla Benjamin Burke
cd Benjamin Burke
pla Bruns Real Estate Service
cd Bruns Real Estate Service
pla Bull Run Electric Construction, Inc.

***** BYPASSED RECIPIENTS (continued) *****

| | |
|---|---|
| cd | Bull Run Electric Construction, Inc. |
| cd | Business & Professional Services |
| pla | Business & Professional Services |
| cd | Bustamante |
| pla | Bustamante |
| cd | C&S Electrical Contractor, Inc. |
| pla | C&S Electrical Contractor, Inc. |
| pla | Carmen Varcadipane |
| cd | Carmen Varcadipane |
| pla | Cassandra Nelson |
| cd | Cassandra Nelson |
| cd | Caston Plastering & Drywall |
| pla | Caston Plastering & Drywall |
| cd | Cataract & Laser Center |
| pla | Cataract & Laser Center |
| cd | Charles F. Carmen |
| pla | Charles F. Carmen |
| pla | Charles Schweiger |
| cd | Charles Schweiger |
| cd | Cherry Valley Express, Inc. |
| pla | Cherry Valley Express, Inc. |
| cd | Chief Safe & Lock Inc. |
| pla | Chief Safe & Lock Inc. |
| pla | Christian Havens |
| cd | Christian Havens |
| cd | Christopher Andrew Walcker |
| pla | Christopher Andrew Walcker |
| cd | Clarkstown Equipment Co., Inc. |
| pla | Clarkstown Equipment Co., Inc. |
| cd | Clearwater Casual Inc. |
| pla | Clearwater Casual Inc. |
| cd | Continental Transit Coverage Inc. |
| pla | Continental Transit Coverage Inc. |
| cd | Cornerstone Family Church of Richardson |
| pla | Cornerstone Family Church of Richardson |
| cd | Crockett Facilities Services, Inc. |
| pla | Crockett Facilities Services, Inc. |
| cd | Crossroad Capital Services, Inc. |
| pla | Crossroad Capital Services, Inc. |
| cd | Customer Marble, Inc. |
| pla | Customer Marble, Inc. |
| cd | Cutting Edge Installations, LLC |
| pla | Cutting Edge Installations, LLC |
| cd | Cutting Edge Laser Machining, Inc. |
| pla | Cutting Edge Laser Machining, Inc. |
| cd | Cynthia Crockett |
| pla | Cynthia Crockett |
| cd | Dale Cannon |
| pla | Dale Cannon |
| pla | Daniel Hudson |
| cd | Daniel Hudson |
| pla | Daniel Wade |
| cd | Daniel Wade |
| cd | Darryl Hester |
| pla | Darryl Hester |
| cd | David Abel |
| pla | David Abel |
| cd | David C. Anton |
| pla | David C. Anton |
| cd | David G. Shaw |
| pla | David G. Shaw |
| cd | David G. , DC, PA Shaw |
| pla | David G. , DC, PA Shaw |
| pla | David Satzman |
| cd | David Satzman |
| pla | David Scott |
| cd | David Scott |
| cd | David, Inc. |
| pla | David, Inc. |
| pla | Debra Ranger |
| cd | Debra Ranger |
| cd | Delanco Board of Education |
| pla | Delanco Board of Education |
| cd | Dennis R. Fish |
| pla | Dennis R. Fish |
| cd | Douglas Nielsen |
| pla | Douglas Nielsen |
| cd | Drivestream, Inc. |
| pla | Drivestream, Inc. |

***** BYPASSED RECIPIENTS (continued) *****

cd Dynamic Journey, Inc
pla Dynamic Journey, Inc
cd Electronic Data Management, Inc.
pla Electronic Data Management, Inc.
cd Elizabeth Skarbovig
pla Elizabeth Skarbovig
cd Epilepsy Association of Central Florida
pla Epilepsy Association of Central Florida
cd Eppinger Manufacturing Company
pla Eppinger Manufacturing Company
cd Eveready Moving & Storage, Inc.
pla Eveready Moving & Storage, Inc.
cd Exit Realty
pla Exit Realty
cd Faiek Zora
pla Faiek Zora
cd Fellowship of Connected Churches and Ministeries
pla Fellowship of Connected Churches and Ministeries
cd First Security Mortgage Corp.
pla First Security Mortgage Corp.
cd Foothill Engineering & Dewatering, Inc.
pla Foothill Engineering & Dewatering, Inc.
pla Francis Tran
cd Francis Tran
pla Fritz Depenthal
cd Fritz Depenthal
cd G-WASA, Inc.
pla G-WASA, Inc.
cd Gary E. Peterson
pla Gary E. Peterson
cd General Machine, Inc.
pla General Machine, Inc.
cd Gopal Damodar
pla Gopal Damodar
cd Granite Memorials, Inc.
pla Granite Memorials, Inc.
cd Greater Wheeling Area Youth
pla Greater Wheeling Area Youth
cd Gregory C. Graham
pla Gregory C. Graham
cd HWA Landscape Architects
pla HWA Landscape Architects
cd Harold Ross Wells
pla Harold Ross Wells
cd Heimir Eidskrem
pla Heimir Eidskrem
cd Herbert J. Ramstein
pla Herbert J. Ramstein
pla Himat Gulajan
cd Himat Gulajan
pla Hin A K. Patel
cd Hin A K. Patel
cd Hollywood Lamp & Shade Co.
pla Hollywood Lamp & Shade Co.
cd IW Consulting Engineers, Inc.
pla IW Consulting Engineers, Inc.
cd Indo-Us-Sales, Inc.
pla Indo-Us-Sales, Inc.
cd Interim Health Care
pla Interim Health Care
cd Interstate Batteries
pla Interstate Batteries
pla J A M Plastics, Inc.
cd J A M Plastics, Inc.
pla J.P. Anderer Assoc. Inc.
cd J.P. Anderer Assoc. Inc.
pla JPaw, Inc.
cd JPaw, Inc.
pla James Anderer
cd James Anderer
pla James Herdeman
cd James Herdeman
pla James L. Shenk
cd James L. Shenk
pla James R. Herdeman, LLC
cd James R. Herdeman, LLC
pla Jay Thomas
cd Jay Thomas
pla Jeffrey Grenmun

***** BYPASSED RECIPIENTS (continued) *****

| | |
|---|---|
| cd | Jeffrey Grenmun |
| pla | Jeremy Normand |
| cd | Jeremy Normand |
| cd | Jim Donahue |
| pla | Jim Donahue |
| pla | Joel Thevoz |
| cd | Joel Thevoz |
| cd | John Cyr |
| pla | John Cyr |
| pla | John L. Haver |
| cd | John L. Haver |
| pla | Johnson Granite Supply |
| cd | Johnson Granite Supply |
| cd | Joseph C. , Jr. Kreher |
| pla | Joseph C. , Jr. Kreher |
| pla | Joseph D. Mazzaferro |
| cd | Joseph D. Mazzaferro |
| cd | Joseph F. Lois, Jr. |
| pla | Joseph F. Lois, Jr. |
| pla | Joseph Lococo |
| cd | Joseph Lococo |
| pla | Joseph N. Savas |
| cd | Joseph N. Savas |
| pla | K&D Diamonds, Inc. |
| cd | K&D Diamonds, Inc. |
| cd | Karen Layman |
| pla | Karen Layman |
| pla | Kelley Van Haitsma |
| cd | Kelley Van Haitsma |
| pla | Kenneth M. Robinson |
| cd | Kenneth M. Robinson |
| pla | Kevin McCarty |
| cd | Kevin McCarty |
| pla | Keystone Foam Corp. |
| cd | Keystone Foam Corp. |
| pla | Khomutov |
| cd | Khomutov |
| pla | King Displays, Inc. |
| cd | King Displays, Inc. |
| pla | LTM Paving, Inc. |
| cd | LTM Paving, Inc. |
| pla | Lange Eye Care & Associates, PA |
| cd | Lange Eye Care & Associates, PA |
| cd | Larry Beaver |
| pla | Larry Beaver |
| pla | Larry Watren |
| cd | Larry Watren |
| pla | Looking Glass Salon |
| cd | Looking Glass Salon |
| pla | Lyman Michael Treadway |
| cd | Lyman Michael Treadway |
| pla | M.L. McDonald Sales Company, Inc. |
| cd | M.L. McDonald Sales Company, Inc. |
| pla | MPR Travel, Inc. |
| cd | MPR Travel, Inc. |
| pla | Main Event Caterers |
| cd | Main Event Caterers |
| pla | Major Mail, Inc. |
| cd | Major Mail, Inc. |
| pla | Manning Search Group |
| cd | Manning Search Group |
| pla | Mark Case |
| cd | Mark Case |
| pla | Mark Wood |
| cd | Mark Wood |
| pla | Mathew Naftis |
| pla | Mathew Naftis |
| cd | Mathew Naftis |
| cd | Mathew Naftis |
| pla | McCarty Insurance, Inc. |
| cd | McCarty Insurance, Inc. |
| pla | Medical Billing Resources, Inc. |
| cd | Medical Billing Resources, Inc. |
| pla | Melanie Ann Treadway |
| cd | Melanie Ann Treadway |
| cd | Michael Borchetta |
| pla | Michael Borchetta |
| pla | Michael Caringi |
| cd | Michael Caringi |

***** BYPASSED RECIPIENTS (continued) *****

| | |
|---|---|
| pla | Michael K. Mathews |
| cd | Michael K. Mathews |
| cd | Michael Rotondoro |
| pla | Michael Rotondoro |
| pla | Michael Storms |
| cd | Michael Storms |
| pla | Mike Treadway Architects, Inc. (MTA) |
| cd | Mike Treadway Architects, Inc. (MTA) |
| pla | Mobility Outfitters, Inc. |
| cd | Mobility Outfitters, Inc. |
| pla | Mohit Nanda |
| cd | Mohit Nanda |
| pla | Monaco |
| cd | Monaco |
| pla | Multitech Group, Inc. |
| cd | Multitech Group, Inc. |
| pla | Nelson Pan |
| cd | Nelson Pan |
| pla | Netcom Electronics Services, Inc. |
| cd | Netcom Electronics Services, Inc. |
| pla | New Horizon Child Development Center, Inc. |
| cd | New Horizon Child Development Center, Inc. |
| pla | North Coast Salon Systems, Inc. |
| cd | North Coast Salon Systems, Inc. |
| pla | Office Furniture Distributors |
| cd | Office Furniture Distributors |
| pla | Orange County Retina Medical Group |
| cd | Orange County Retina Medical Group |
| pla | Patricia B. Warren |
| cd | Patricia B. Warren |
| cd | Patricia Gronvold |
| pla | Patricia Gronvold |
| pla | Peter S. Rosenthal |
| cd | Peter S. Rosenthal |
| pla | PhilcorGroup, Inc. T/A PGI Systems |
| cd | PhilcorGroup, Inc. T/A PGI Systems |
| pla | Phillip Thompson |
| cd | Phillip Thompson |
| pla | Photo Haven of Pennington, Inc. |
| cd | Photo Haven of Pennington, Inc. |
| pla | Planet Aid |
| cd | Planet Aid |
| pla | Preptech of Florida, Inc. |
| cd | Preptech of Florida, Inc. |
| pla | Pro Audio Dist. Inc. |
| cd | Pro Audio Dist. Inc. |
| pla | Progressive Employment Concepts, Inc. |
| cd | Progressive Employment Concepts, Inc. |
| pla | Proscience Analytical Services, Inc. |
| cd | Proscience Analytical Services, Inc. |
| pla | Qualtest |
| cd | Qualtest |
| pla | RGD & Associates, Inc. |
| cd | RGD & Associates, Inc. |
| cd | Richard L. Baumgardner, III |
| pla | Richard L. Baumgardner, III |
| pla | Rob Watilo |
| cd | Rob Watilo |
| pla | Robert B. Donald |
| cd | Robert B. Donald |
| pla | Robert Davenport |
| cd | Robert Davenport |
| cd | Robert L. Bruns |
| pla | Robert L. Bruns |
| cd | Robert Martiat |
| pla | Robert Martiat |
| pla | Roberts Environmental Drilling, Inc. |
| cd | Roberts Environmental Drilling, Inc. |
| pla | Rolly, III Johnson |
| cd | Rolly, III Johnson |
| pla | Ron Seidman |
| cd | Ron Seidman |
| cd | Ronald D. Ruegge |
| pla | Ronald D. Ruegge |
| pla | Rosenblum’s World of Judaica, Inc. |
| cd | Rosenblum’s World of Judaica, Inc. |
| pla | Rotax Metals, Inc. |
| cd | Rotax Metals, Inc. |
| pla | Roy Feldstein |

***** BYPASSED RECIPIENTS (continued) *****

| | |
|---|---|
| cd | Roy Feldstein |
| pla | Samuel Vallagomesa |
| cd | Samuel Vallagomesa |
| pla | Scooters and More, LLC |
| cd | Scooters and More, LLC |
| pla | Scott Seger |
| cd | Scott Seger |
| pla | Sev Staffing, Inc. |
| cd | Sev Staffing, Inc. |
| pla | Shand Bathijua |
| cd | Shand Bathijua |
| pla | Soccer Wholesale Warehouse, Inc. |
| cd | Soccer Wholesale Warehouse, Inc. |
| pla | Spc Supply Inc. |
| cd | Spc Supply Inc. |
| pla | Sports Center USA |
| cd | Sports Center USA |
| pla | St. Benedict the Abbot Church |
| cd | St. Benedict the Abbot Church |
| pla | State Farm Insurance |
| cd | State Farm Insurance |
| pla | Stephen Ciambrone |
| cd | Stephen Ciambrone |
| cd | Stephen Perry |
| pla | Stephen Perry |
| pla | Stephen, W. Elliott |
| cd | Stephen, W. Elliott |
| pla | Steve Pierce |
| cd | Steve Pierce |
| pla | Success Business Services |
| cd | Success Business Services |
| pla | Supplement Synergy, Inc. |
| cd | Supplement Synergy, Inc. |
| pla | Tasty Baking Company |
| cd | Tasty Baking Company |
| pla | Texas Gyro |
| cd | Texas Gyro |
| pla | The Auto Club, Inc. |
| cd | The Auto Club, Inc. |
| pla | The Cognitive Therapy Institute, Inc. |
| cd | The Cognitive Therapy Institute, Inc. |
| pla | Thomas Insurance & Real Estate |
| cd | Thomas Insurance & Real Estate |
| pla | Thomas Miller |
| cd | Thomas Miller |
| pla | Thomas Miller Alternative Finance, Inc. |
| cd | Thomas Miller Alternative Finance, Inc. |
| pla | Thomas R. Riggs |
| pla | Thomas R. Riggs |
| cd | Thomas R. Riggs |
| cd | Thomas R. Riggs |
| pla | Thompson’s Gas, Inc. |
| cd | Thompson’s Gas, Inc. |
| cd | Touraj Ghaffari |
| pla | Touraj Ghaffari |
| pla | Tower Motel |
| cd | Tower Motel |
| pla | Tri State Pumps, Inc. |
| cd | Tri State Pumps, Inc. |
| pla | U.S. Automatic Management, L.L.C. |
| cd | U.S. Automatic Management, L.L.C. |
| pla | Urgent Care Medical Center |
| cd | Urgent Care Medical Center |
| pla | Vantage Metals Co., Inc. |
| cd | Vantage Metals Co., Inc. |
| pla | Victor Flaherty |
| cd | Victor Flaherty |
| pla | WG Food Distributors |
| cd | WG Food Distributors |
| pla | Warren’s Interior Design & Furniture, Inc. |
| cd | Warren’s Interior Design & Furniture, Inc. |
| pla | Wayne H. Hintze |
| cd | Wayne H. Hintze |
| pla | Wayne Hintze |
| cd | Wayne Hintze |
| pla | Wayne Sapper |
| cd | Wayne Sapper |
| pla | Wesley H. Smith Landscape Contractors, Inc. |
| cd | Wesley H. Smith Landscape Contractors, Inc. |

District/off: 0312-2 User: admin Page 7 of 7 Date Rcvd: Apr 25, 2018
Form ID: orderntc Total Noticed: 23

***** BYPASSED RECIPIENTS (continued) *****

| | |
|---|---|
| pla | Wesley Smith |
| cd | Wesley Smith |
| pla | Whole House Cabinetry, Inc. |
| cd | Whole House Cabinetry, Inc. |
| pla | Wilkerson Packaging Co., Inc. |
| cd | Wilkerson Packaging Co., Inc. |
| pla | William B. Fisher |
| cd | William B. Fisher |
| cd | William Chamberlain |
| pla | William Chamberlain |
| pla | William G. Davis |
| cd | William G. Davis |
| pla | Woodland Fashion Optical, Inc. |
| cd | Woodland Fashion Optical, Inc. |
| cd* | +NorVergence, Inc., 550 Broad Street, 12th Floor, Newark, NJ 07102-4531 |

TOTALS: 450, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2018 at the address(es) listed below:

Linda Gates on behalf of Counter-Claimant IFC Credit Corp. lgates@platzerlaw.com
Linda Gates on behalf of Defendant IFC Credit Corp. lgates@platzerlaw.com

TOTAL: 2